IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**DEBORAH LAUFER, Individually,**

    **Plaintiff ,**

v.

Case No.: 3:20-cv-1446-AVC

**MFINN2013 LLC, A Foreign (Delaware)Limited Liability Company D/B/A MAYFLOWER INN & SPA,**

    **Defendants.**

_____

## NOTICE OF SETTLEMENT

Plaintiff, by and through undersigned counsel, hereby gives notice to the Court that this matter has settled and it is anticipated that a stipulated request for dismissal will be filed within the next thirty (30) days.

    Respectfully submitted,

    Attorney for Plaintiff, DEBORAH LAUFER,

    _/s/ L. Kay Wilson__
    L. Kay Wilson, Esq.
    Fed. Juris: ct16084
    WILSON LAW LLC
    2842 Main Street, #332
    Glastonbury, CT 06033
    (860)559-3733 Tele/Text
    Wilson@kaywilsonlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of NOVEMBER, 2020, a copy of the foregoing Motion For Default was filed electronically and served on all counsel of record via the Court's CM/ECF system.

/s/ L. Kay Wilson, Fed. Juris ct16084